**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CIVIL MOTION HEARING**

**COURT MINUTES**

Donald Rensch,
*derivatively on behalf of Nominal Defendant*
*Northern Oil & Gas, Inc.*

                Plaintiff,

v.

Michael L. Reger, James Randall Reger,
James Russell Reger, Ryan R. Gilbertson,
Weldon W. Gilbertson, James R. Sankovitz,
Chad D. Winter, Douglas M. Plinsky, Joseph A.
Geraci, II, Voyager Oil and Gas, Inc., Northern Oil
& Gas, Inc.

                Defendants.

BEFORE: Susan Richard Nelson
United States Judge
Courtroom 7B

| | |
|---|---|
| Case No: | 10-CV-3679 SRN/JJK |
| Date: | February 23, 2011 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 10:38 a.m. |
| Time in Court: | 1 Hour & 8 Minutes |

**APPEARANCES:**
   For Plaintiff:       Eric Zagar
   For Defendants Michael Reger, Ryan Gilbertson, James Sankovitz, Chad Winter, Northern Oil & Gas Inc.:
                Wendy Wildung
   For Defendants James Randal Reger, and James Russell Reger, Weldon Gilbertson, Voyager Oil & Gas, Inc.,:
                Rachna Sullivan, Lousene Hoppe
   For Defendants Douglas Polinsky and Joseph Geraci, II:    Richard Wilson

**PROCEEDINGS:**
☒ **Oral Argument Hearing**
Hearing on:
 Defendant Northern Oil and Gas Motion to Dismiss Verified Shareholder Derivative Complaint [Doc. No. 15]

Defendants Voyager Oil & Gas, Inc., James Randall Reger, James Russell Reger, and Weldon W. Gilbertson's Motion to Dismiss Counts II and III [Doc. No. 19]

Defendants Joseph A. Geraci, II and Douglas M. Plinsky's Motion to Dismiss [Doc. No. 26]

**DISPOSITIONS:**
The motions [Doc. No. 15, 19, 26] were submitted, argued, and **TAKEN UNDER ADVISEMENT**.
    ☒ Order to be issued

                                                                                s/ *Joan Flood*
                                                                                   Calendar Clerk